```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

                                      )
UNITED STATES OF AMERICA,             )
                                      )
            Plaintiff,                )
                                      )   Criminal No. 2014-7
                                      )
            v.                        )
                                      )
                                      )
JACE EDWARDS,                         )
                                      )
            Defendant.                )
                                      )
                                      )
                                      )
```

ATTORNEYS:

**Ronald Sharpe, USA**
**Nelson Luis Jones, AUSA**
St. Thomas, VI
  *For the plaintiff,*

**Michael L. Sheesley, Esq.**
MLSPC
St. Thomas, VI
  *For the defendant, Jace Edwards.*

<u>**ORDER**</u>

**GÓMEZ, J.**

Before the Court is the motion of the United States to dismiss the indictment against Jace Edwards ("Edwards").

On January 23, 2014, the United States filed a two-count indictment against Edwards. Count One alleged that Edwards

*United States v. Edwards*
Crim. No. 2014-7
Order
Page 2

conspired to possess with intent to distribute five or more kilograms of a mixture or substance containing a detectable amount of cocaine. Count Two alleged that Edwards attempted to possess with intent to distribute five or more kilograms of a mixture or substance containing a detectable amount of cocaine.

At trial, on March 18, 2014, Edwards was acquitted on Count One of the indictment. He was convicted on Count Two. Edwards appealed his conviction on Count Two. On appeal, the Third Circuit held that Edwards was entitled to a new trial on Count Two.

On October 28, 2015, the United States filed a one-count information against Edwards. The information charged Edwards with knowingly and intentionally attempting to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine. Edwards subsequently pled guilty to the information. Subsequently, on March 15, 2016, the United States moved to dismiss the indictment.

The premises considered; it is hereby

**ORDERED** that the motion of the United States to dismiss the indictment is **GRANTED**; it is further

**ORDERED** that the indictment filed on January 23, 2014, is **DISMISSED** with prejudice; it is further

*United States v. Edwards*
Crim. No. 2014-7
Order
Page 3

**ORDERED** all pending motions in this case are **MOOT;** and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S_____
**Curtis V. Gómez**
**District Judge**